UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CONSOLIDATED FOR DISCOVERY
AND PRETRIAL MATTERS

| | | |
|---|---|---|
| JACQUELINE E. WADE, | ) | No. 3:05-0076 |
| v. | ) | JUDGE ECHOLS |
| AUSTIN PEAY STATE | ) | |
| UNIVERSITY | ) | |
| | ) | |
| NANCY J. DAWSON | ) | No. 3:05-0097 |
| v. | ) | JUDGE ECHOLS |
| AUSTIN PEAY STATE | ) | |
| UNIVERSITY | ) | |
| | ) | |
| MARY M. WARNER | ) | No. 3:05-0229 |
| v. | ) | JUDGE ECHOLS |
| AUSTIN PEAY STATE | ) | |
| UNIVERSITY | ) | |
| | ) | |
| CHERYL D. GARRETT | ) | No. 3:04-1150 |
| v. | ) | JUDGE ECHOLS |
| AUSTIN PEAY STATE | ) | |
| UNIVERSITY | ) | |

**ORDER**

Pending before the Court is the Report and Recommendation ("R&R") filed in each of these four cases which are consolidated for purposes of discovery and pretrial matters. The Magistrate Judge recommends that any claims which may have been asserted against Carlos A. Gonzalez, James K. Vines, and/or Robert C. Watson by the inclusion of their names only in the caption of the Amended Complaints, without the addition of further factual allegations against them in the body of the Amended Complaints, should be dismissed. No party has filed an objection to the R&R.

In reviewing an R&R, the Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b). Having carefully reviewed the Amended Complaints and the R&R, and there being no

objection by any party, the Court finds that the R&R contains no error of fact or law. Accordingly, The R&R is ADOPTED and any claims against Carlos A. Gonzalez, James K. Vines, and/or Robert C. Watson are hereby DISMISSED WITH PREJUDICE.

These cases are hereby returned to the Magistrate Judge for further case management in accordance with the Local Rules.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE