UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CONSOLIDATED FOR DISCOVERY
AND PRETRIAL MATTERS

| | | |
|---|---|---|
| JACQUELINE E. WADE, | ) | No. 3:05-0076 |
| v. | ) | JUDGE ECHOLS |
| AUSTIN PEAY STATE UNIVERSITY | ) ) | |
| | ) | |
| NANCY J. DAWSON | ) | No. 3:05-0097 |
| v. | ) | JUDGE ECHOLS |
| AUSTIN PEAY STATE UNIVERSITY | ) ) | |
| | ) | |
| MARY M. WARNER | ) | No. 3:05-0229 |
| v. | ) | JUDGE ECHOLS |
| AUSTIN PEAY STATE UNIVERSITY | ) ) | |
| | ) | |
| CHERYL D. GARRETT | ) | No. 3:04-1150 |
| v. | ) | JUDGE ECHOLS |
| AUSTIN PEAY STATE UNIVERSITY | ) ) | |

## **ORDER**

For the reasons explained in the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) Defendant's Motion For Summary Judgment As To Plaintiff Jacqueline E. Wade (Docket Entry No. 176) is hereby GRANTED.

(2) Defendant's Motion For Summary Judgment As To Plaintiff Nancy J. Dawson (Docket Entry No. 183) is hereby GRANTED.

(3) Defendant's Motion For Summary Judgment As To Plaintiff Mary M. Warner (Docket Entry No. 205) is hereby GRANTED.[1]

(4) Entry of this Order on the docket shall constitute entry of final Judgment as to cases 3:05-0076, 3:05-0097, and 3:05-0229 in accordance with Federal Rules of Civil Procedure 58 and 79(a).

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

---

[1] By separate Order (Docket Entry No. 225), the Court granted the Defendant's motion for summary judgment as to Plaintiff Cheryl D. Garrett.